# Court of Appeals
# of the State of Georgia

ATLANTA,  June 07, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1212.  BROCK v. THE STATE.**

Pursuant to Court of Appeals Rule 23 (a), Appellant Douglas S. Brock was required to file a brief, including an enumeration of error(s), in this case within 20 days after the appeal was docketed on February 21, 2012. To date, Appellant has failed to do so. Appellant is hereby ORDERED to file a brief and enumeration of error(s) within 20 days of this Order. Failure to comply with this Order will result in dismissal of this appeal pursuant to Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/07/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*